◟ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 1 2011

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Anany Scott | Docket No. | 2:11CR02051-001- RHW |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Anany Scott, who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 28th day of March 2011, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law.  Defendant shall advise the supervising pretrial services officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

**Condition #15**: Defendant will have no contact with the father of her child or be present when transfer of her child from the care giver to the father takes place.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Anany Scott is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by committing an assault in Toppenish, Washington, on May 17, 2011.

**Violation #2**: Anany Scott is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by failing to advise her supervising pretrial services officer within one business day of her arrest on May 17, 2011, and her subsequent related charge of fourth degree assault.

**Violation #3**: Anany Scott is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by having contact with the father of her child in Toppenish, Washington, on May 17, 2011.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/20/2011

by     s/James A. Moon

James A. Moon
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

6/21/11
Date