PROB 12B
(7/93)

Report Date: August 2, 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 3 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Anany Scott | Case Number: 2:11CR02051-001 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley

| | |
|---|---|
| Date of Original Sentence: 3/6/2012 | Type of Supervision:  Probation |
| Original Offense: Crime on Indian Reservation-Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 1153 & 113(a)(6) | Date Supervision Commenced:  3/6/2012 |
| Original Sentence: Probation - 24 Months | Date Supervision Expires:  3/5/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

On June 8, 2012, the Toppenish Community Hospital called Central Washington Comprehensive Mental Health (CWCMH) requesting crisis intervention for Ms. Scott. Ms. Scott was at the emergency room at the hospital because she reportedly wrapped a phone cord around her neck. When interviewed by CWCMH staff, Ms. Scott reported regretting putting the phone cord around her neck and that she was not suicidal. However, the defendant admitted she consumed alcohol after having 9 to 12 months of sobriety. Ms. Scott submitted to a urine drug screen which was positive for methamphetamine. Ms. Scott stated she does not use illegal drugs and denied methamphetamine use. Ms. Scott was released to her mother and weekly counseling appointments were scheduled with a mental health counselor at Yakama Nation Behavioral Health.

Prob 12B
**Re: Scott, Anany**
**August 2, 2012**
**Page 2**

Ms. Scott has agreed to the modification and a signed waiver is enclosed for the Court's review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/02/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

8/3/2012

Date