PROB 12C
(7/93)

Report Date: August 13, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

AUG 21 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anany Scott                Case Number: 2:11CR02051-001-RHW

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/6/2012

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation-Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 & 113(a)(6) |
| Original Sentence: | Probation - 24 Months     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon          Date Supervision Commenced: 3/6/2012 |
| Defense Attorney: | Alex B. Hernandez, III    Date Supervision Expires: 3/5/2014 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 3, 2012.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
---|---

5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On May 30, 2012, Ms. Scott was charged with fourth degree assault, Toppenish Municipal Court cause number C00022885.

On August 9, 2012, a deputy U.S. marshal called this officer and reported he made an attempt to serve the summons at the defendant's residence. The deputy stated Ms. Scott's family advised the defendant was in custody at the Toppenish City Jail on charges unbeknownst to them. The deputy contacted Ms. Scott at the Toppenish jail, but she refused to disclose why she was in custody. A records check was completed which revealed fourth degree assault charges were filed against Ms. Scott.

According to the Toppenish police narrative report, on May 28, 2012, the victim reported she was assaulted by Ms. Scott at the 7 Eleven store. The victim advised on May 26, 2012, at approximately 2 a.m., she was standing in line at the store and Ms. Scott was behind her. Ms. Scott started calling the victim names and threatened to beat her up. The defendant then

Prob12C
Re: Scott, Anany
August 13, 2012
Page 2

started talking about the victim's disabled daughter. When the victim went outside, Ms. Scott pushed her and then punched her in the face. The victim advised her friend witnessed the assault.

According to the Toppenish Municipal Court docket, on June 6, 2012, Ms. Scott appeared for arraignment on the above charge and was released on her personal recognizance. On July 3, 2012, Ms. Scott failed to appear for a hearing and a summons was issued setting a court hearing for August 1, 2012. On this date, the defendant again failed to appear and a warrant was issued. Ms. Scott was arrested on this warrant on August 8, 2012. The defendant's next court hearing is set for August 13, 2012, at 2 p.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition, in addition to the previously alleged violations reported to the Court on August 3, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/13/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

August 21, 2012
Date