PROB 12C
(7/93)

Report Date: July 5, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 8 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anany Scott                Case Number: 2:11CR02051-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/6/2012

Original Offense:     Crime on Indian Reservation-Assault Resulting in Serious Bodily Injury,
                      18 U.S.C. §§ 1153 & 113(a)(6)

Original Sentence:    Probation - 24 Months          Type of Supervision: Probation

Asst. U.S. Attorney:  Thomas J. Hanlon               Date Supervision Commenced: 3/6/2012

Defense Attorney:     Alex B. Hernandez, III         Date Supervision Expires: 3/5/2014

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 3, and 13, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ms. Scott was convicted of reckless endangerment on June 3, 3013 in tribal court.<br><br>On June 22, 2013, Ms. Scott left her two infant children and her 4-year-old daughter alone in her residence. The defendant's mother came to her residence and found the children unattended. The police were called and Ms. Scott was arrested for reckless endangerment. The defendant was booked at the Toppenish City Jail and the children where turned over to the defendant's mother. On July 3, 2013, Ms. Scott was sentenced to 9 months probation and ordered to participate in drug and alcohol treatment and parenting classes. |
| 7 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Scott, Anany
July 5, 2013
Page 2

**Supporting Evidence**: On June 21, 2013, Clinical Reference Laboratory confirmed Ms. Scott tested positive for the presence of cocaine during the period of June 4, through June 13, 2013.

On June 4, 2013, Ms. Scott reported to the probation office. The defendant was confronted regarding reports that she had been associating with friends who were drinking and using drugs. Ms. Scott adamantly denies such association and denied using drugs. She agreed to wear a sweat patch for 10 days that would test for illegal drug use, to include 3 days prior to the application of the sweat patch. On June 13, 2013, the sweat patch was removed and sent to Clinical Reference Laboratory for test results. On June 21, 2013, the laboratory confirmed a positive test for the presence of cocaine. On June 24, 2014, Ms. Scott was advised of the test results, but denied illegal drug use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 5, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

7/8/2013
Date